IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jerry L. Raybuck | ) | |
| Amanda F. Raybuck, | ) | Case No. 17-23837 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Jerry L. Raybuck, | ) | Related to Document No. 18 |
| Social Security No. XXX-XX- 3652 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| AK Steel Corporation and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 18, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

AK Steel Corporation
Attn: Payroll Dept.
9227 Centre Pointe Drive
West Chester, OH 45069

Date of Service:    October 18, 2017    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com