Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jerry L. Raybuck
Amanda F. Raybuck**
   Debtor(s)

Bankruptcy Case No.: 17−23837−CMB
Issued Per Nov. 6, 2017 Proceeding
Chapter: 13
Docket No.: 24 − 5
Concil. Conf.: April 12, 2018 at 09:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 19, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Apr. 12, 2018 at 09:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑   H.    Additional Terms: The secured claim of First Franklin Mortgage Loan Trust at Claim No. 1 shall govern as to claim amount, to be paid at the modified plan terms at $498.06 per month.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 16, 2017

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23837-CMB
Jerry L. Raybuck                                                        Chapter 13
Amanda F. Raybuck
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                Page 1 of 2           Date Rcvd: Nov 16, 2017
                              Form ID: 149              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db/jdb         +Jerry L. Raybuck,    Amanda F. Raybuck,    846 Winfield Road,    Cabot, PA 16023-3328
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +U.S. Bank National Association, AS TRUSTEE, SUCCES,    C/O Aldridge Pite, LLP,
                 4375 Jutland Dr.,    Ste. 200,    P.O. Box 17933,   San Diego, CA 92177-7921
14698882        AV Medical Imaging Inc.,    7 Acee Drive,   Natrona Heights, PA 15065-9700
14698880        Allegheny Valley Hospital,    P.O. Box 644896,    Pittsburgh, PA 15264-4896
14698876        Allegheny Valley Hospital,    PO Box 64896,    Pittsburgh, PA 15264
14698883       +Butler Fastcare,    250b Butler Commons,    Butler, PA 16001-2485
14698884       +Butler Memorial Hospital,    1 Hospital Way,    Butler, PA 16001-4697
14698888       +CF Network Issuance Trust,    101 Barclay St.,    FL. 4,   New York, NY 10007-2550
14698887        Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
14698889       +Collection Service Center,    PO Box 560,    New Kensington, PA 15068-0560
14698891       +Glade Run Medical,    PO Box 977,    Kittanning, PA 16201-0977
14698892        JSO Associates LTD,    PO Box 560,   New Kensington, PA 15068-0560
14698893       +Morrow Refuse,    4985 Bakerstown-Culmerville Road,    Tarentum, PA 15084-2201
14698894        Mr. Cooper,    PO Box 650783,   Dallas, TX 75265-0783
14698895       +Mr. Cooper Customer Relations,    PO Box 619098,    Dallas, TX 75261-9098
14708891       +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, Tx 75356-0284
14698897        Santander Consumer USA, Inc.,    Bankruptcy Department,    PO Box 560284,   Dallas, TX 75356-0284
14698898       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,   Littleton, CO 80129-2386
14698899       +State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
14698901        Stratford Career Institute,    PO Box 1560,    Saint Albans, VT 05478-5560
14698900       +Stratford Career Institute,    1 Champlain Commons,    Unit 3,   Saint Albans, VT 05478-1563
14698903       +Sue Hagerty,    PO Box 94,   Saxonburg, PA 16056-0094
14698902       +Sue Hagerty,    333 West Main Street,    Suite 103,   Saxonburg, PA 16056-2254
14701097       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14698906       +Velocity Investments LLC,    2479 Edison Blvd.,    Unit A,   Twinsburg, OH 44087-2476
14698907       +Vogel Disposal,    PO Box 857,   Mars, PA 16046-0857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14698881       +E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2017 01:03:23      Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
14709497        E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2017 01:03:23      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14698890       +E-mail/Text: bankruptcy@consumerportfolio.com Nov 17 2017 01:04:13
                 Consumer Portfolio Services,    P.O. Box 57071,   Irvine, CA 92619-7071
14698896       +E-mail/Text: mmyers@primary-health.net Nov 17 2017 01:03:26      Primary Health Network,
                 P.O. Box 716,   Sharon, PA 16146-0716
14698908        E-mail/Text: BKRMailOps@weltman.com Nov 17 2017 01:04:09      Weltman, Weinberg & Reis,
                 PO Box 5430,   Cleveland, OH 44101-0430
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              First Franklin Mortgage Loan Trust et al...
cr              First Franklin Mortgage Loan Trust, Mortgage Loan
14698877*       Allegheny Valley Hospital,    PO Box 64896,   Pittsburgh, PA 15264
14698878*       Allegheny Valley Hospital,    PO Box 64896,   Pittsburgh, PA 15264
14698879*       Allegheny Valley Hospital,    PO Box 64896,   Pittsburgh, PA 15264
14698885*      +Butler Memorial Hospital,    1 Hospital Way,   Butler, PA 16001-4697
14698886*      +Butler Memorial Hospital,    1 Hospital Way,   Butler, PA 16001-4697
14698905*      +Sue Hagerty,    PO Box 94,   Saxonburg, PA 16056-0094
14698904*      +Sue Hagerty,    333 West Main Street,    Suite 103,   Saxonburg, PA 16056-2254
                                                                                     TOTALS: 2, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Nov 16, 2017
                              Form ID: 149            Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:

      James Warmbrodt   on behalf of Creditor   First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, asTrustee, successor in interest to Bank of America, N.A., as Trustee,  s bkgroup@kmllawgroup.com

      James Warmbrodt   on behalf of Creditor   First Franklin Mortgage Loan Trust et al... bkgroup@kmllawgroup.com

      Kenneth Steidl   on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com

      Kenneth Steidl   on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

      TOTAL: 7