**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-23837-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jerry L. Raybuck<br>846 Winfield Road<br>Cabot PA 16023 | Amanda F. Raybuck<br>846 Winfield Road<br>Cabot PA 16023 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/28/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ally Financial, PO Box 130424, Roseville MN 55113-0004 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/30/18                                   Michael R. Rhodes
                                                                    **CLERK OF THE COURT**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 17-23837-CMB
Jerry L. Raybuck                                                Chapter 13
Amanda F. Raybuck
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: aala              Page 1 of 1            Date Rcvd: Sep 28, 2018
                               Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 14709497       E-mail/Text: ally@ebn.phinsolutions.com Sep 29 2018 03:03:07     Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    First Franklin Mortgage Loan Trust, Mortgage Loan
               Asset-Backed Certificates, Series 2007-FFC, U.S.  Bank National Association, asTrustee,
               successor in interest to Bank of America, N.A., as Trustee,  s bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    First Franklin Mortgage Loan Trust et al...
               bkgroup@kmllawgroup.com
              Kenneth    Steidl    on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinber
               g.com
              Kenneth    Steidl    on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinber
               g.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 7