**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JERRY L. RAYBUCK
   AMANDA F. RAYBUCK

       Debtor(s)

  Ronda J. Winnecour

       Movant
   vs.

  US BANK NA - TRUSTEE

     Respondent(s)

Case No. 17-23837CMB

Chapter 13

Document No.____

### INTERIM NOTICE OF CURE OF ARREARS

     Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001 (f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan .

     The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement .

Trustee Record Number - 31
Court Claim Number - 7

   2/15/2022

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JERRY L. RAYBUCK
    AMANDA F. RAYBUCK

            Debtor(s)

    Ronda J. Winnecour

            Movant
    vs.

    US BANK NA - TRUSTEE

            Respondent(s)

Case No.:17-23837CMB

Chapter 13

Document No.____

### CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

JERRY L. RAYBUCK, AMANDA F. RAYBUCK, 846 WINFIELD ROAD, CABOT, PA  16023

KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

US BANK NA - TRUSTEE, C/O NATIONSTAR MORTGAGE LLC*, PO BOX 619094, DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ  07004

02/15/2022

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com