IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Jerry Raybuck ) | Case No. 17-23837 CMB |
| Amanda Raybuck ) | |
|     Debtor ) | Chapter 13 |
| ) | |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | Related to: Document No. 51 |
| ) | |
|     vs. ) | **ENTERED BY DEFAULT** |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, AV Medical Imaging Inc., Allegheny Valley ) | |
| Hospital, Ally Financial, Butler Fast Care, Butler ) | |
| Memorial Hospital, CF Network Issuance Trust, Capital ) | |
| One, Cavalry SPV, Collection Service Center, Consumer ) | |
| Portfolio Services, First Franklin Mortgage Loan Trust, ) | |
| Glade Run Medical, Jefferson Capital Systems, JSO ) | |
| Associates, Midland Funding, Morrow Refuse, Mr. ) | |
| Cooper, PA Dept. of Revenue, Peoples Natural Gas Co., ) | |
| Portfolio Recovery Assoc., Primary Health Network, ) | |
| Santander Consumer, SLS, State Collection Service, ) | |
| Stratford Career Institute, US Bank National Assoc., ) | |
| Velocity Investments, Vogel Disposal, ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this __3rd__ day of __October__, 2022, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $2,660.00 for work performed in the Chapter 13 case by Debtor's counsel from July 26, 2017, to September 12, 2022.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to Counsel entering their appearance in this case. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to Counsel entering their appearance and has been paid, or is approved (in prior plan(s)) to be paid, $2,500.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $5,760.00 with the total to be paid through the Plan by the Trustee being up to $5,160.00 (representing the $2,500.00 previously approved to be paid (as set forth above)) and up to

    an additional $2,660.00 to be paid from the trustee's funds "on hand" after disbursement to timely filed unsecured claims occurs in full, but prior to the refund of any funds to the Debtors,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $2,660.00.

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
10/3/22 12:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23837-CMB |
| Jerry L. Raybuck | Chapter 13 |
| Amanda F. Raybuck | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry L. Raybuck, Amanda F. Raybuck, 846 Winfield Road, Cabot, PA 16023-3328 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, asTrustee, successor in interest to Bank of America, N.A., as Trustee, s bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust et al... bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@raslg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 1

Christopher A. DeNardo
on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL logsecf@logs.com

Kenneth Steidl
on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sindi Mncina
on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL smncina@rascrane.com

TOTAL: 11