# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　JERRY L. RAYBUCK<br>　AMANDA F. RAYBUCK<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　JERRY L. RAYBUCK<br>　AMANDA F. RAYBUCK<br><br>　　　Respondents | Case No. 17-23837CMB<br><br>Chapter 13<br><br>Document No. 56 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __17th__ day of __November__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ak Steel
Attn: Payroll Manager
9227 Centre Pointe Dr
West Chester, PA 45069

is hereby ordered to immediately terminate the attachment of the wages of JERRY L. RAYBUCK, social security number XXX-XX-3652. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JERRY L. RAYBUCK.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/17/22 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23837-CMB |
| Jerry L. Raybuck | Chapter 13 |
| Amanda F. Raybuck | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jerry L. Raybuck, 846 Winfield Road, Cabot, PA 16023-3328 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, asTrustee, successor in interest to Bank of America, N.A., as Trustee, s bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@raslg.com |

Case 17-23837-CMB    Doc 58    Filed 11/19/22    Entered 11/20/22 00:24:42    Desc Imaged
Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Christopher A. DeNardo
 on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL logsecf@logs.com

Kenneth Steidl
 on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
 on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sindi Mncina
 on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL smncina@rascrane.com

TOTAL: 11