**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jerry L. Raybuck**
**Amanda F. Raybuck**
Debtor(s)

Bankruptcy Case No.: 17−23837−CMB

Chapter: 13
Docket No.: 62 − 61

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of December, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/23/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/9/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23837-CMB |
| Jerry L. Raybuck | Chapter 13 |
| Amanda F. Raybuck | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 27, 2022 | Form ID: 408v | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry L. Raybuck, Amanda F. Raybuck, 846 Winfield Road, Cabot, PA 16023-3328 |
| cr | + | First Franklin Mortgage Loan Trust, P.O. Box 9013, Addison, TX 75001-9013 |
| 14698882 | | AV Medical Imaging Inc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14698876 | | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698880 | | Allegheny Valley Hospital, P.O. Box 644896, Pittsburgh, PA 15264-4896 |
| 14698883 | + | Butler Fastcare, 250b Butler Commons, Butler, PA 16001-2485 |
| 14698884 | + | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001-4697 |
| 14698888 | + | CF Network Issuance Trust, 101 Barclay St., FL. 4, New York, NY 10007-2550 |
| 14698889 | + | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14698891 | + | Glade Run Medical, PO Box 977, Kittanning, PA 16201-0977 |
| 14698892 | | JSO Associates LTD, PO Box 560, New Kensington, PA 15068-0560 |
| 14698893 | + | Morrow Refuse, 4985 Bakerstown-Culmerville Road, Tarentum, PA 15084-2201 |
| 14698895 | + | Mr. Cooper Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 14698896 | + | Primary Health Network, P.O. Box 716, Sharon, PA 16146-0716 |
| 14698900 | + | Stratford Career Institute, 1 Champlain Commons, Unit 3, Saint Albans, VT 05478-1937 |
| 14698901 | | Stratford Career Institute, PO Box 1560, Saint Albans, VT 05478-5560 |
| 14698902 | + | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698903 | + | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |
| 14698906 | + | Velocity Investments LLC, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14698907 | + | Vogel Disposal, PO Box 857, Mars, PA 16046-0857 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 28 2022 02:29:00 | U.S. Bank National Association, AS TRUSTEE, SUCCES, C/O Aldridge Pite, LLP, 4375 Jutland Dr., Ste. 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14709497 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2022 02:29:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14698881 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2022 02:29:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14698887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 02:32:17 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14748007 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2022 02:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14698890 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 28 2022 02:29:00 | Consumer Portfolio Services, P.O. Box 57071, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 408v | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Irvine, CA 92619-7071 |
| 14923302 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 28 2022 02:30:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14738349 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 02:29:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14698894 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 14744413 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14760728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14698899 | | Email/Text: amieg@stcol.com | Dec 28 2022 02:29:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14708891 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2022 02:30:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14698897 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2022 02:30:00 | Santander Consumer USA, Inc., Bankruptcy Department, PO Box 560284, Dallas, TX 75356-0284 |
| 14698898 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 28 2022 02:29:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14753498 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | U.S. Bank National Association, CO Nationstar MTG LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 14701097 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 28 2022 02:29:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14698908 | | Email/Text: BKRMailOps@weltman.com | Dec 28 2022 02:29:00 | Weltman, Weinberg & Reis, PO Box 5430, Cleveland, OH 44101-0430 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Franklin Mortgage Loan Trust et al... |
| cr | | First Franklin Mortgage Loan Trust, Mortgage Loan |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14698877 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698878 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698879 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698885 | *+ | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001-4697 |
| 14698886 | *+ | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001-4697 |
| 14698904 | *+ | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698905 | *+ | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 17-23837-CMB    Doc 63    Filed 12/29/22    Entered 12/30/22 00:27:15    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: 408v | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, asTrustee, successor in interest to Bank of America, N.A., as Trustee, s bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL logsecf@logs.com |
| Kenneth Steidl | on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL smncina@rascrane.com |

TOTAL: 12