**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JERRY L. RAYBUCK<br>AMANDA F. RAYBUCK<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>   Movant<br>   vs.<br>No Respondents. | Case No.:17-23837<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/25/2017 and confirmed on 11/16/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 142,393.43 |
| Less Refunds to Debtor | 5,501.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 136,892.25 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,160.00 | |
| Trustee Fee | 6,174.65 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,334.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE | 0.00 | 62,871.82 | 0.00 | 62,871.82 |
| Acct: 0685 | | | | |
| US BANK NA - TRUSTEE | 3,867.24 | 3,867.24 | 0.00 | 3,867.24 |
| Acct: 0685 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 7,436.61 | 7,436.61 | 982.70 | 8,419.31 |
| Acct: 8742 | | | | |
| SANTANDER CONSUMER USA | 15,575.69 | 15,575.69 | 2,106.11 | 17,681.80 |
| Acct: 3076 | | | | |
| FIRST FRANKLIN MTG LOAN TRUST- MTG | 26,392.62 | 26,392.62 | 3,599.30 | 29,991.92 |
| Acct: 5858 | | | | |
| | | | | 122,832.09 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JERRY L. RAYBUCK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JERRY L. RAYBUCK | 510.00 | 510.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JERRY L. RAYBUCK | 4,991.18 | 4,991.18 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH STEIDL ESQ | 2,660.00 | 2,660.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1447 | | | | |
| ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0152 | | | | |
| ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6894 | | | | |
| ALLEGHENY VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4907 | | | | |
| AV MEDICAL IMAGING INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8844 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7279 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7476 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0753 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 417.25 | 112.45 | 0.00 | 112.45 |
| Acct: 6912 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9759 | | | | |
| MORROW REFUSE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8749 | | | | |
| PRIMARY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5826 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0232 | | | | |
| STRATFORD CAREER INST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7776 | | | | |
| VELOCITY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8509 | | | | |
| VOGEL DISPOSAL SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2845 | | | | |
| MIDLAND FUNDING LLC | 5,627.84 | 1,516.70 | 0.00 | 1,516.70 |
| Acct: 1102 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,470.95 | 665.92 | 0.00 | 665.92 |
| Acct: 8643 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,597.17 | 430.44 | 0.00 | 430.44 |
| Acct: 9095 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BUTLER FASTCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CF NETWORK ISSUANCE TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLADE RUN MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JSO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUE HAGERTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,725.51 |

TOTAL PAID TO CREDITORS                                                                                             125,557.60

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 53,272.16 |
| UNSECURED | 10,113.21 |

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JERRY L. RAYBUCK
   AMANDA F. RAYBUCK
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:17-23837

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 17-23837-CMB
Jerry L. Raybuck  Chapter 13
Amanda F. Raybuck
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 3
Date Rcvd: Dec 27, 2022   Form ID: pdf900   Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry L. Raybuck, Amanda F. Raybuck, 846 Winfield Road, Cabot, PA 16023-3328 |
| cr | + | First Franklin Mortgage Loan Trust, P.O. Box 9013, Addison, TX 75001-9013 |
| 14698882 | | AV Medical Imaging Inc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14698876 | | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698880 | | Allegheny Valley Hospital, P.O. Box 644896, Pittsburgh, PA 15264-4896 |
| 14698883 | + | Butler Fastcare, 250b Butler Commons, Butler, PA 16001-2485 |
| 14698884 | + | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001-4697 |
| 14698888 | + | CF Network Issuance Trust, 101 Barclay St., FL. 4, New York, NY 10007-2550 |
| 14698889 | + | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14698891 | + | Glade Run Medical, PO Box 977, Kittanning, PA 16201-0977 |
| 14698892 | | JSO Associates LTD, PO Box 560, New Kensington, PA 15068-0560 |
| 14698893 | + | Morrow Refuse, 4985 Bakerstown-Culmerville Road, Tarentum, PA 15084-2201 |
| 14698895 | + | Mr. Cooper Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 14698896 | + | Primary Health Network, P.O. Box 716, Sharon, PA 16146-0716 |
| 14698900 | + | Stratford Career Institute, 1 Champlain Commons, Unit 3, Saint Albans, VT 05478-1937 |
| 14698901 | | Stratford Career Institute, PO Box 1560, Saint Albans, VT 05478-5560 |
| 14698902 | + | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698903 | + | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |
| 14698906 | + | Velocity Investments LLC, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14698907 | + | Vogel Disposal, PO Box 857, Mars, PA 16046-0857 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 28 2022 02:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 28 2022 02:29:00 | U.S. Bank National Association, AS TRUSTEE, SUCCES, C/O Aldridge Pite, LLP, 4375 Jutland Dr., Ste. 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14709497 | | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2022 02:29:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14698881 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 28 2022 02:29:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14698887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 02:42:47 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14748007 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2022 02:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14698890 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 28 2022 02:29:00 | Consumer Portfolio Services, P.O. Box 57071, |

| Recip ID | | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Irvine, CA 92619-7071 |
| 14923302 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 28 2022 02:30:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14738349 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2022 02:29:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14698894 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 14744413 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14760728 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 02:32:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14698899 | | Email/Text: amieg@stcol.com | Dec 28 2022 02:29:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14708891 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2022 02:30:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14698897 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 28 2022 02:30:00 | Santander Consumer USA, Inc., Bankruptcy Department, PO Box 560284, Dallas, TX 75356-0284 |
| 14698898 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 28 2022 02:29:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14753498 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 28 2022 02:29:00 | U.S. Bank National Association, CO Nationstar MTG LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 14701097 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 28 2022 02:29:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14698908 | | Email/Text: BKRMailOps@weltman.com | Dec 28 2022 02:29:00 | Weltman, Weinberg & Reis, PO Box 5430, Cleveland, OH 44101-0430 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Franklin Mortgage Loan Trust et al... |
| cr | | First Franklin Mortgage Loan Trust, Mortgage Loan |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14698877 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698878 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698879 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698885 | *+ | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001-4697 |
| 14698886 | *+ | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001-4697 |
| 14698904 | *+ | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698905 | *+ | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 17-23837-CMB    Doc 64    Filed 12/29/22    Entered 12/30/22 00:27:15    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2022 | Form ID: pdf900 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2022            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, asTrustee, successor in interest to Bank of America, N.A., as Trustee, s bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL logsecf@logs.com |
| Kenneth Steidl | on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL smncina@rascrane.com |

TOTAL: 12