**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jerry L. Raybuck | Social Security number or ITIN xxx–xx–3652 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Amanda F. Raybuck | Social Security number or ITIN xxx–xx–2118 |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    17–23837–CMB

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jerry L. Raybuck                                              Amanda F. Raybuck

2/10/23                                                       **By the court:** Carlota M Bohm
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23837-CMB |
| Jerry L. Raybuck | Chapter 13 |
| Amanda F. Raybuck | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry L. Raybuck, Amanda F. Raybuck, 846 Winfield Road, Cabot, PA 16023-3328 |
| cr | + | First Franklin Mortgage Loan Trust, P.O. Box 9013, Addison, TX 75001-9013 |
| 14698882 | | AV Medical Imaging Inc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14698876 | | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698880 | | Allegheny Valley Hospital, P.O. Box 644896, Pittsburgh, PA 15264-4896 |
| 14698884 | ++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670 address filed with court:, Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698883 | + | Butler Fastcare, 250b Butler Commons, Butler, PA 16001-2485 |
| 14698888 | + | CF Network Issuance Trust, 101 Barclay St., FL. 4, New York, NY 10007-2550 |
| 14698889 | + | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14698891 | + | Glade Run Medical, PO Box 977, Kittanning, PA 16201-0977 |
| 14698892 | | JSO Associates LTD, PO Box 560, New Kensington, PA 15068-0560 |
| 14698893 | + | Morrow Refuse, 4985 Bakerstown-Culmerville Road, Tarentum, PA 15084-2201 |
| 14698895 | + | Mr. Cooper Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 14698896 | + | Primary Health Network, P.O. Box 716, Sharon, PA 16146-0716 |
| 14698900 | + | Stratford Career Institute, 1 Champlain Commons, Unit 3, Saint Albans, VT 05478-1937 |
| 14698901 | | Stratford Career Institute, PO Box 1560, Saint Albans, VT 05478-5560 |
| 14698902 | + | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698903 | + | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |
| 14698906 | + | Velocity Investments LLC, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14698907 | + | Vogel Disposal, PO Box 857, Mars, PA 16046-0857 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 11 2023 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 11 2023 05:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Feb 11 2023 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

Case 17-23837-CMB  Doc 67  Filed 02/12/23  Entered 02/13/23 00:23:42  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Feb 11 2023 00:07:00 | U.S. Bank National Association, AS TRUSTEE, SUCCES, C/O Aldridge Pite, LLP, 4375 Jutland Dr., Ste. 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14709497 | | EDI: GMACFS.COM | Feb 11 2023 05:04:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14698881 | + | EDI: GMACFS.COM | Feb 11 2023 05:04:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14698884 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Feb 11 2023 00:07:00 | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698887 | | EDI: CAPITALONE.COM | Feb 11 2023 05:04:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14748007 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2023 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14698890 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 11 2023 00:07:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14923302 | | EDI: JEFFERSONCAP.COM | Feb 11 2023 05:04:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14738349 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14698894 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 11 2023 00:07:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 14744413 | | EDI: PRA.COM | Feb 11 2023 05:04:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14760728 | | EDI: PRA.COM | Feb 11 2023 05:04:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14698899 | | Email/Text: amieg@stcol.com | Feb 11 2023 00:07:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14708891 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14698897 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Santander Consumer USA, Inc., Bankruptcy Department, PO Box 560284, Dallas, TX 75356-0284 |
| 14698898 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 11 2023 00:07:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14753498 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 11 2023 00:07:00 | U.S. Bank National Association, CO Nationstar MTG LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 14701097 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 11 2023 00:07:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14698908 | | Email/Text: BKRMailOps@weltman.com | Feb 11 2023 00:07:00 | Weltman, Weinberg & Reis, PO Box 5430, Cleveland, OH 44101-0430 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Franklin Mortgage Loan Trust et al... |
| cr | | First Franklin Mortgage Loan Trust, Mortgage Loan |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson |

Case 17-23837-CMB   Doc 67   Filed 02/12/23   Entered 02/13/23 00:23:42   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 41 |

| | | |
|---|---|---|
| | | Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14698877 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698878 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698879 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698885 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698886 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698904 | *+ | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698905 | *+ | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, asTrustee, successor in interest to Bank of America, N.A., as Trustee, s bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL logsecf@logs.com |
| Kenneth Steidl | on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 10, 2023 | Form ID: 3180W | Total Noticed: 41 |

                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sindi Mncina
                    on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL smncina@rascrane.com

TOTAL: 12