**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JERRY L. RAYBUCK
    AMANDA F. RAYBUCK
         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

Case No.:17-23837

Chapter 13

Related to:  Document No. 61

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ____10th____ day of ____February____, 20 23 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
2/10/23 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

glb

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23837-CMB |
| Jerry L. Raybuck | Chapter 13 |
| Amanda F. Raybuck | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry L. Raybuck, Amanda F. Raybuck, 846 Winfield Road, Cabot, PA 16023-3328 |
| cr | + | First Franklin Mortgage Loan Trust, P.O. Box 9013, Addison, TX 75001-9013 |
| 14698882 | | AV Medical Imaging Inc., 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14698876 | | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698880 | | Allegheny Valley Hospital, P.O. Box 644896, Pittsburgh, PA 15264-4896 |
| 14698884 | ++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670 address filed with court:, Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698883 | + | Butler Fastcare, 250b Butler Commons, Butler, PA 16001-2485 |
| 14698888 | + | CF Network Issuance Trust, 101 Barclay St., FL. 4, New York, NY 10007-2550 |
| 14698889 | + | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14698891 | + | Glade Run Medical, PO Box 977, Kittanning, PA 16201-0977 |
| 14698892 | | JSO Associates LTD, PO Box 560, New Kensington, PA 15068-0560 |
| 14698893 | + | Morrow Refuse, 4985 Bakerstown-Culmerville Road, Tarentum, PA 15084-2201 |
| 14698895 | + | Mr. Cooper Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 14698896 | + | Primary Health Network, P.O. Box 716, Sharon, PA 16146-0716 |
| 14698900 | + | Stratford Career Institute, 1 Champlain Commons, Unit 3, Saint Albans, VT 05478-1937 |
| 14698901 | | Stratford Career Institute, PO Box 1560, Saint Albans, VT 05478-5560 |
| 14698902 | + | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698903 | + | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |
| 14698906 | + | Velocity Investments LLC, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 14698907 | + | Vogel Disposal, PO Box 857, Mars, PA 16046-0857 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 11 2023 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Feb 11 2023 00:07:00 | U.S. Bank National Association, AS TRUSTEE, SUCCES, C/O Aldridge Pite, LLP, 4375 Jutland Dr., Ste. 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14709497 | | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2023 00:07:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14698881 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 11 2023 00:07:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14698884 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Feb 11 2023 00:07:00 | Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2023 00:14:59 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14748007 | + | Email/Text: bankruptcy@cavps.com | | |

| | | Feb 11 2023 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
|---|---|---|---|
| 14698890 | + Email/Text: bankruptcy@consumerportfolio.com | Feb 11 2023 00:07:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14923302 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 11 2023 00:07:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14738349 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14698894 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 11 2023 00:07:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 14744413 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2023 00:15:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14760728 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2023 00:14:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14698899 | Email/Text: amieg@stcol.com | Feb 11 2023 00:07:00 | State Collection Service, PO Box 6250, Madison, WI 53716 |
| 14708891 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, Tx 75356-0284 |
| 14698897 | Email/Text: enotifications@santanderconsumerusa.com | Feb 11 2023 00:07:00 | Santander Consumer USA, Inc., Bankruptcy Department, PO Box 560284, Dallas, TX 75356-0284 |
| 14698898 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 11 2023 00:07:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14753498 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 11 2023 00:07:00 | U.S. Bank National Association, CO Nationstar MTG LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 14701097 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 11 2023 00:07:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14698908 | Email/Text: BKRMailOps@weltman.com | Feb 11 2023 00:07:00 | Weltman, Weinberg & Reis, PO Box 5430, Cleveland, OH 44101-0430 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Franklin Mortgage Loan Trust et al... |
| cr | | First Franklin Mortgage Loan Trust, Mortgage Loan |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| 14698877 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698878 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698879 | * | Allegheny Valley Hospital, PO Box 64896, Pittsburgh, PA 15264 |
| 14698885 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698886 | *P++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670, address filed with court:, Butler Memorial Hospital, 1 Hospital Way, Butler, PA 16001 |
| 14698904 | *+ | Sue Hagerty, 333 West Main Street, Suite 103, Saxonburg, PA 16056-2254 |
| 14698905 | *+ | Sue Hagerty, PO Box 94, Saxonburg, PA 16056-0094 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Feb 10, 2023                       Form ID: pdf900                               Total Noticed: 39

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust et al... bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor First Franklin Mortgage Loan Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-FFC, U.S. Bank National Association, asTrustee, successor in interest to Bank of America, N.A., as Trustee, s bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL cwohlrab@raslg.com |
| Christopher A. DeNardo | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL logsecf@logs.com |
| Kenneth Steidl | on behalf of Joint Debtor Amanda F. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jerry L. Raybuck julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL smncina@rascrane.com |

TOTAL: 12